IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DEBORAH JOY DURAND,<br><br>Defendant. | **Case No. CR-16-43-GF-BMM**<br><br>**AMENDED ORDER** |

Defendant **Deborah Joy Durand,** having filed an Unopposed Motion for Extension of Time to File Pretrial Motions, and there being no objection from the Government;

IT IS HEREBY ORDERED:

Deborah Joy Durand is hereby granted an extension of time until Friday, November 4, 2016, in which to file *Pretrial Motions* in this matter.

DATED this 1st day of November, 2016.

/s/ Brian Morris

Brian Morris
United States District Court Judge

1