EVANGELO ARVANETES
Assistant Federal Defender
Federal Defenders of Montana
Office Headquarters, Great Falls
104 2nd Street South, Suite 301
Great Falls, Montana 59401-3645
vann_arvanetes@fd.org
Phone: (406) 727-5328
Fax: (406) 727-4329
      Attorneys for Defendant

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DEBORAH JOY DURAND,<br><br>Defendant. | **CR 16-43-GF-BMM**<br><br>**DEFENDANT'S MOTION TO EXCLUDE EVIDENCE** |

Defendant Deborah Joy Durand (Ms. Durand), by and through her counsel of record, Evangelo Arvanetes and the Federal Defenders of Montana, herein moves this Court to exclude from admission into evidence at bench trial a video recording of an interview of Ms. Durand, a video recording of Ms. Durand attending a ruse kayak trip, and a "picture-in-picture" (or PIP) video recording of the interview video with the ruse kayak trip superimposed into that interview recording.

In the alternative to excluding those individual videos altogether, Ms. Durand moves this Court to exclude the PIP video because the prejudicial effect of this edited version outweighs the probation value of it, and it would be more intellectually honest and probative to view both unedited versions of the kayak trip video and the post-kayak-trip interview video separately as long as there is expert testimony about each.

The grounds for this motion are set forth in a brief which is being contemporaneously filed with this motion.

Pursuant to local rule, Assistant United States Attorney Ryan G. Weldon objects to this Motion.

RESPECTFULLY SUBMITTED July 21, 2017.

          /s/ Evangelo Arvanetes
EVANGELO ARVANETES
Assistant Federal Defender
Counsel for Defendant

# CERTIFICATE OF SERVICE
## L.R. 5.2(b)

I hereby certify that on July 21, 2017, a copy of the foregoing document was served on the following persons by the following means:

 1, 2   CM-ECF
 3      Mail

1. CLERK, U.S. DISTRICT COURT

2. RYAN G. WELDON
   Assistant United States Attorney
   Counsel for the United States

3. DEBORAH JOY DURAND
   Defendant

/s/ Evangelo Arvanetes
Assistant Federal Defender
Counsel for Defendant