| ✎ PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* CR 16-43-GF-BMM-01 |
|---|---|---|
| | TRANSFER OF JURISDICTION | DOCKET NUMBER *(Rec. Court)* |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE **DEBORAH JOY DURAND** | DISTRICT DISTRICT OF MONTANA | DIVISION Great Falls |
|---|---|---|
| | NAME OF SENTENCING JUDGE Brian Morris | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM 02/01/2019 — TO 01/31/2021 |

**OFFENSE**
FALSE STATEMENT AND FRAUD TO OBTAIN FEDERAL EMPLOYEE'S COMPENSATION;
WIRE FRAUD;
FALSE CLAIMS ACT/FRAUDULENT CLAIMS RELATING TO WORKERS' COMPENSATION;
THEFT OF GOVERNMENT PROPERTY

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE    DISTRICT OF MONTANA

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the    District of Idaho    upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

    2/5/2019                            *Brian Morris* (signature)
    *Date*                              *Brian Morris, United Sates District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE    DISTRICT OF IDAHO

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

    _____            _____
    *Effective Date*                    *United States District Judge*